David A. Haworth, Esquire
BALLARD SPAHR ANDREWS
  & INGERSOLL, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ  08043-4636
(856) 761-3400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUMP TAJ MAHAL ASSOCIATES, LLC, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-CV-4803 (JBS) |
| WORLD PRODUCTIONS, LLC, | : NOTICE OF DISMISSAL |
| Defendant. | : |

To:    Gregory Bodell, Esq.
       Kozberg & Bodell LLP
       1800 Century Park East, 8th Floor
       Los Angeles, CA  90067
       Attorney for World Productions LLC

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Trump Taj Mahal, Associates, LLC hereby dismisses the above matter with prejudice and without costs to any party.

David A. Haworth, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3400
Attorneys for Trump Taj Mahal Associates, LLC

Dated: November 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006 I caused a copy of this notice of dismissal to be served on Gregory Bodell, Kozberg & Bodell LLP by e-mail and regular mail.

David A. Haworth, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3400
Attorneys for Trump Taj Mahal Associates, LLC

Dated: November 10, 2006